# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LAURA MARTIN,                             )<br>                                           )<br>            Plaintiff,                    )<br>                                           )<br>     v.                                   )<br>                                           )<br>RAHM EMANUEL, in his official capacity as )<br>Mayor of the City of Chicago; the CITY OF )<br>CHICAGO, an Illinois Municipal Corporation;)<br>LISA MORRISON BUTLER, in her official     )<br>capacity as Commissioner of the Chicago   )<br>Department of Family and Support Services; and )<br>CHICAGO DEPARTMENT OF FAMILY AND          )<br>SUPPORT SERVICES,                         )<br>                                           )<br>            Defendants.                   ) | No. 19-cv-1708<br><br>Judge Robert W. Gettleman<br><br>Magistrate Judge Shelia Finnegan |

## OFFER OF JUDGMENT

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant City of Chicago (the "Defendant"), by its attorney Mark A. Flessner, Corporation Counsel for the City of Chicago, makes the following offer of judgment to Plaintiff Laura Martin:

1. Defendant hereby offers to allow judgment to taken against it by Plaintiff in the amount of TWENTY FIVE THOUSAND ONE AND 0/100 DOLLARS ($25,001.00), plus reasonable costs and attorney's fees accrued as of the date of this offer, October 7, 2019, as determined by the Court.

2. This offer of judgment is inclusive of all claims Plaintiff has or may have against the Defendant and any other current or former employees, agents, or departments of the City of Chicago, including but not limited to Rahm Emanuel, Lisa Morrison Butler, and Chicago Department of Family and Support Services, arising from the incidents and occurrences alleged in Plaintiff's Complaint.

3. This offer of judgment is made for the purposes specified in Rule 68, and shall not

be construed as either an admission that the Defendant is liable in this action, or that Plaintiff has suffered any damages.

4. Pursuant to Rule 68, an offer not accepted within fourteen (14) days after service of the offer shall be deemed withdrawn and evidence thereof is not admissible except in a proceeding to determine costs.

Date: October 7, 2019

Respectfully submitted,
MARK A. FLESSNER,
Corporation Counsel of the City of Chicago
By: /s/ Peter H. Cavanaugh
    Assistant Corporation Counsel

Andrew S. Mine
Peter H. Cavanaugh
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 744-7220 / 744-9018
*Attorneys for City Defendants*

# CERTIFICATE OF SERVICE

I, Peter H. Cavanaugh, hereby certify that on October 7, 2019, I caused the foregoing *Offer of Judgment* to be served via hand delivery on the following before 5 p.m. C.D.T.:

> Robert N. Hermes
> Andrew D. Shapiro
> **Porter, Wright, Morris & Arthur LLP**
> 321 North Clark Street, Suite 400
> Chicago, Illinois 60654
> Phone: 312-756-8500
> Fax: 312-444-9287
> rhermes@porterwright.com
> ashapiro@porterwright.com

> /s/ Peter H. Cavanaugh
> Peter H. Cavanaugh