# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

LAURA MARTIN,

   Plaintiff(s),

v.

CITY OF CHICAGO, an Illinois Municipal Corporation,

   Defendant(s).

Case No. 19 cv 1708
Judge Robert W. Gettleman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s) LAURA MARTIN
and against defendant(s) CITY OF CHICAGO, an Illinois Municipal Corporation
in the amount of $ 25,001.00 ,

☐ which includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)

and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge    presiding, and the jury has rendered a verdict.
☐ tried by Judge    without a jury and the above decision was reached.
☒ decided by Judge Robert W. Gettleman on acceptance of Offer of Judgment

Date: 11/18/2019            Thomas G. Bruton, Clerk of Court

                                                Claire E. Newman, Deputy Clerk